**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

IN RE:  
CHRISTOPHER PEARSON LADD

SSN# : XXX-XX-1153

Case No.  19-20034

Chapter 13

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | BC/Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 27 | 4 | THE HUNTINGTON NATIONAL BANK | 5166 | $18,882.50 | $0.00 | U-Unsecured |

The deficiency proof of claim as filed by the creditor was filed after the bar date set for filing the claim as set by the Court.  The claim should be stricken.

Above-referenced order entered 6/10/2021.

The Trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan.  It may not be determinative of the status of affected lien(s) upon discharge.

Dated:  11/2/2021

Steven G. Tate  
Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

IN RE:  
CHRISTOPHER PEARSON LADD

SSN# : XXX-XX-1153

Case No. 19-20034

Chapter 13

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Objection to Claim.  A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

<u>**Your rights may be affected.**</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 12/13/2021, you or your attorney must do three things:

**1. File with the Court a written response <u>requesting that the Court hold a hearing</u> and explaining your position.  File the response at:**

> CLERK, U.S. BANKRUPTCY COURT
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

If you file a response, then a hearing will be held at the following time and place:

Date:  12/21/2021                Time:  9:30 AM

Location:   United States Courthouse
            Main Courtroom, First Floor
            100 Otis Street
            Asheville , NC 28801-2611

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 11/2/2021

Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

IN RE:  
CHRISTOPHER PEARSON LADD

SSN# : XXX-XX-1153

Case No. 19-20034

Chapter 13

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 11/2/2021.

A. Owens  
Office of the Chapter 13 Trustee

CHRISTOPHER PEARSON LADD, 89 CAPTIVA STREET, NOKOMIS, FL 34275-1505  
CT Corporation System, RE The Huntington National Bank, 160 Mine Lake Ct Ste 200, Raleigh, NC 27615  
THE HUNTINGTON NATIONAL BANK, PO BOX 5555 CLEVELAND AVE, GW4W25, COLUMBUS, OH 43231  
THE HUNTINGTON NATIONAL BANK, PO BOX 89424, CLEVELAND, OH 44101-8539

Total Served: 4