

FILED & JUDGMENT ENTERED
Steven T. Salata

December 28 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

IN RE:
CHRISTOPHER PEARSON LADD

SSN#: XXX-XX-1153

Case No. 19-20034

Chapter 13

Related Docket #: 25

**ORDER**

ON 12/21/2021, AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION WITHOUT PROTEST UPON:

Trustee's Objection to the claim of The Huntington National Bank in the amount of $18,882.50 (Trustee Claim #27, Court Claim #4)

**AND, THIS COURT FINDS** that:

  [ X ] The deficiency proof of claim as filed by the creditor was filed after the bar date set for filing the claim as set by the Court.

**IT IS, THEREFORE, ORDERED** that:

  [ X ] The objection to the proof of claim is sustained; the claim is stricken.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

George R. Hodges
UNITED STATES BANKRUPTCY JUDGE

{:20211227205215:}