**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

IN RE:  
CHRISTOPHER PEARSON LADD

SSN# :  XXX-XX-1153

Case No.  19-20034

Chapter 13

## NOTICE OF SUSPENSION OF DISBURSEMENT ON CLAIM

Notice is hereby given that pursuant to the General Provisions Section 3 of the Chapter 13 Plan and the Order Confirming Plan previously entered in the above-referenced Chapter 13 case, the Trustee's office will suspend further disbursements on account of the following proof of claim.

| Trustee Claim # | BC/Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 27 | 4 | THE HUNTINGTON NATIONAL BANK | 5166 | $18,882.50 | $0.00 | U-Unsecured |

**Per court order sustaining Objection to Claim.**

The above mentioned **order** or **letter** is dated **12/28/2021**.

As the basis for his action, the Trustee is informed and believes that the property securing such claim has been removed from the protection of the Section 362 automatic stay by judicial action, voluntary surrender, or through operation of the confirmed plan.

Notice is further given that any party in interest who desires to object or otherwise respond to the Trustee 's action shall serve such objection or other response in writing by 1/25/2022 on the Trustee at:

> Steven G. Tate  
> Chapter 13 Trustee  
> 1318 D Davie Avenue  
> Statesville, NC  28677-3565

If any responses and/or objections are served, the Trustee will bring the matter before the Court for the consideration of such action as it deems appropriate.

Dated:  1/4/2022

Steven G. Tate, Chapter 13 Trustee  
1318 D Davie Avenue  
Statesville, NC  28677-3565  
(704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

IN RE:                                                                         Case No.  19-20034
CHRISTOPHER PEARSON LADD

                                                                                     Chapter 13
SSN# :  XXX-XX-1153

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Notice of Suspension of Disbursement of Claim has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 1/4/2022.

                                                                            A. Owens
                                                                            Office of the Chapter 13 Trustee

CHRISTOPHER PEARSON LADD, 89 CAPTIVA STREET, NOKOMIS, FL  34275-1505
THE HUNTINGTON NATIONAL BANK, PO BOX 5555 CLEVELAND AVE, GW4W25, COLUMBUS, OH  43231
THE HUNTINGTON NATIONAL BANK, PO BOX 89424, CLEVELAND, OH  44101-8539

Total Served:  3